# United States District Court
# For the District of Columbia

|                |   |                              |
|----------------|---|------------------------------|
| Plaintiff(s)   | ) | **APPEARANCE**               |
|                | ) |                              |
| vs.            | ) | CASE NUMBER  07-cv-2242 HHK  |
|                | ) |                              |
| Defendant(s)   | ) |                              |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Brigham J. Bowen  as counsel in this
                               (Attorney's Name)

case for:  Cole Raywid Braverman LLP
          (Name of party or parties)

12/18/2007
Date

Signature

Brigham J. Bowen
Print Name

D.D.C. # D00301
BAR IDENTIFICATION

1919 Pennsylvania Ave NW Ste 200
Address

Washington       DC           20006
City             State        Zip Code

2029734236
Phone Number