CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP  ) | |
| ) | |
| Plaintiff  ) | |
| ) | |
| v.  ) | Civil Case Number 07-2242 (JR) |
| ) | |
| ROBERT J. GEORGE, ET AL.  ) | Category   M |
| ) | |
| Defendants  ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on January 4, 2008 from Judge Henry H. Kennedy, Jr. to Judge James Robertson by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Robertson & Courtroom Deputy
Judge Kennedy & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk