CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

12-27-2007

RONALD G. LONDON, ESQUIRE
DAVIS WRIGHT TREMAINE LLP
1919 PENNSYLVANIA AVENUE, NW, SUITE 200
WASHINGTON, DC 20006


Cole Raywid & Braverman, LLP v. Robert J. George, et al.

Case No. 1:07-CV-02242

Invoice No. 198961

Client Matter No. CRB VS. CCI

---

SERVICE OF PROCESS
Custom Communications International, Inc., One Gateway Center,
Suite 651, Newton, MA  02458
12-18-2007

| | |
|---|---|
| COURIER SERVICE | $15.00 |
| FEDERAL EXPRESS TO SERVER-PAK | $39.85 |
| SERVICE OF PROCESS | $140.00 |

**AMOUNT PAID-**

**BALANCE DUE UPON RECEIPT-**                $194.85

---

Please write invoice no. 198961 on your check.

**Case Comments-**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cole Raywid & Braverman, LLP

**SUMMONS IN A CIVIL CASE**

V.

Robert J. George; Custom Communications
International, Inc.; Boston Publishing
Company, Inc.

CASE

Case: 1:07-cv-02242
Assigned To : Kennedy, Henry H.
Assign. Date : 12/13/2007
Description: Contract

TO: (Name and address of Defendant)

Custom Communications International, Inc.
One Gateway Center, Suite 651
Newton, MA 02458

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

Ronald G. London, Esq.
Brigham Bowen, Esq.
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006



an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     DEC 13 2007

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ * | DATE 12-18-07 @ 11:30 am |
| NAME OF SERVER (PRINT) Robert Terrill | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: _____

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G Returned unexecuted: _____

G Other (specify): by serving, Marita Beale, Director, authorized to accept. Service was completed at One Gateway Center, Suite 651, Newton, MA 02458.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __12-18-07__   Signature of Server _____
Date

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
Address of Server

MARIA BARROS
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES
MAY 21, 2010

* Notice of Right to Consent to Trial Before a United States Magistrate Judge, Initial Electronic Case filing Order, Electronic Case Files, Consent to Proceed Before a United States Magistrate Judge for all Purposes and Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.