UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. GEORGE; CUSTOM COMMUNICATIONS INTERNATIONAL, INC.; BOSTON PUBLISHING COMPANY, INC.; STRATCOMM, INC.; STRATEGIC COMMUNICATIONS, INC.; CUSTOM COMMUNICATIONS, LLC<br><br>Defendants. | Case Number: 07-CV-2242-JR<br>Judge: Honorable James Robertson |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(c) and (d), I, William H. Anderson, Esquire from the law firm of Cuneo Gilbert & LaDuca, LLP, hereby move for the *pro hac vice* admission of Ronald W. Dunbar, Jr. (hereinafter "Petitioner") to practice in this Court as counsel for all Defendants in the above-captioned matter, and in support thereof, state as follows:

1. I am serving as local counsel for Defendants in the instant action and I am a member in good standing of the Bar of this Court.

2. In support of Petitioner's Motion for Admission *Pro Hac Vice* and pursuant to the requirements of Local Rule 83.2(c) and (d), the declaration of Petitioner is attached hereto.

3. I hereby state that no Memorandum of Points and Authorities is necessary to support this Motion.

WHEREFORE, Petitioner meets the requirements of the Local Rules and disposition of this matter lies within the sound discretion of this Court.

Dated: January 31, 2008

_____
William H. Anderson, Esq. (DC Bar No. 502380)
CUNEO, GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. GEORGE; CUSTOM COMMUNICATIONS INTERNATIONAL, INC.; BOSTON PUBLISHING COMPANY, INC.; STRATCOMM, INC.; STRATEGIC COMMUNICATIONS, INC.; CUSTOM COMMUNICATIONS, LLC<br><br>Defendants. | Case Number: 07-CV-2242-JR<br>Judge: Honorable James Robertson |

## DECLARATION OF RONALD W. DUNBAR, JR.

Pursuant to Local Rule 83.2(d), I, Ronald W. Dunbar, Jr., Esquire hereby declare as follows:

1. My name is Ronald W. Dunbar, Jr. I am an attorney at law and president of the law firm Dunbar Law, PC, located at 10 High Street, Suite 700, Boston, MA 02110. My office telephone number is 617-244-2550.

2. I have been admitted to practice before the Bars of the Commonwealth of Massachusetts (1994), the Massachusetts District Court (1994); the First Circuit Court of Appeals (1994); Rhode Island (1996); and Maine (1997).

3. I certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

5. I do not engage in the practice of law form an office located in the District of Columbia.

6. I am familiar with the provisions of the Judicial Code (Title 28 USC), which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Columbia and the Code of Professional Responsibility as adopted by the District of Columbia Court of Appeals, and will faithfully adhere to these rules.

Dated: January 30, 2008

Ronald W. Dunbar, Jr., Esquire
DUNBAR LAW PC
10 High Street, Suite 700
Boston, MA 02110
Phone: 617-244-3550

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. GEORGE; CUSTOM COMMUNICATIONS INTERNATIONAL, INC.; BOSTON PUBLISHING COMPANY, INC.; STRATCOMM, INC.; STRATEGIC COMMUNICATIONS, INC.; CUSTOM COMMUNICATIONS, LLC,<br><br>Defendants. | Case Number: 07-CV-2242-JR<br>Judge: James Robertson |

## ORDER

This matter comes before the Court on Defendants' Motion for Admission *Pro Hac Vice* of Ronald W. Dunbar, Jr., Esquire as counsel in the instant case. The Court has considered the Motion, Petitioner's Declaration, and for good cause shown:

It is this ___ day of February, 2008, hereby ORDERED that:

1. Ronald W. Dunbar, Jr., Esquire be and hereby is admitted *pro hac vice* for the purpose of participating as counsel for all above-captioned Defendants during the pendency of this action, including all discovery and trial; and it is further ORDERED that

2. Ronald W. Dunbar, Jr., Esquire shall abide by the provisions of the rules governing the Courts of the District of Columbia, including the disciplinary rules and the rules of this Court, during the time of his *pro hac vice* admission.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Honorable James Robertson