FILED

FEB 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COLE RAYWID & BRAVERMAN, LLP,  :
:
      Plaintiff,  :
:
v.  :  Civil Action No. 07-2242 (JR)
:
ROBERT J. GEORGE, *et al.*,  :
:
      Defendants.  :

### ORDER

Upon consideration of defendants' motions for the *pro hac vice* appearances of Ronald W. Dunbar, Jr. [8] and Andrew E. Goloboy [9], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                                            _____
                                                            JAMES ROBERTSON
                                              United States District Judge