IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP,<br>        Plaintiff,<br><br>v.<br><br>ROBERT J. GEORGE, CUSTOM<br>COMMUNICATIONS INTERNATIONAL, INC.,<br>BOSTON PUBLISHING COMPANY, INC.,<br>STRATCOMM, INC., STRATEGIC<br>COMMUNICATIONS, INC., CUSTOM<br>COMMUNICATIONS, LLC<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-CV-2242-JR<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT, CUSTOM COMMUNICATIONS INTERNATIONAL, INC'S, MOTION TO DISMISS COUNTS I, III, IV, AND V OF PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendant, Custom Communications International, Inc. ("CCI") hereby moves this Honorable Court to Dismiss Count I (Contract-Fee Agreement), Count III (Unjust Enrichment), Count IV (Money Due on Account), and Count V (Fraudulent Transfer), pursuant to Federal Rule of Civil Procedure 12(b)(6) for failing to state a claim upon which relief can be granted. CCI relies on its Memorandum of Law in support of this Motion.

Dated: February 22, 2008.          Respectfully Submitted,

                                   CUSTOM COMMUNICATIONS
                                   INTERNATIONAL, INC.

                                   /s/ William H. Anderson
                                   William H. Anderson, Esquire (DC Bar No. 502380)
                                   CUNEO, GILBERT & LADUCA, LLP
                                   507 C Street, NE
                                   Washington, DC 20002
                                   Phone: 202-789-3960
                                   Fax: 202-789-1813

     /s/ Andrew E. Goloboy
RONALD W. DUNBAR, JR (*pro hac vice admitted*)
ANDREW E. GOLOBOY (*pro hac vice admitted*)
DUNBAR LAW P.C.
10 High Street, Suite 700
Boston, MA 02110
Phone: 617-244-3550
Fax: 617-244-6363

Defendants Address (currently dissolved):
Custom Communications International, Inc
c/o Robert George
One Gateway Center
Newton, MA 02458

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 22, 2008.

         /S/ Andrew E. Goloboy
         Andrew E. Goloboy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP,<br>    Plaintiff,<br><br>v.<br><br>ROBERT J. GEORGE, CUSTOM<br>COMMUNICATIONS INTERNATIONAL, INC.,<br>BOSTON PUBLISHING COMPANY, INC.,<br>STRATCOMM, INC., STRATEGIC<br>COMMUNICATIONS, INC., CUSTOM<br>COMMUNICATIONS, LLC<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-CV-2242-JR<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Pursuant to Fed.R.Civ. P. 12(b)(6), after a hearing, and based on specific facts shown in defendant, Custom Communications International, Inc.'s Motion to Dismiss submitted herewith, it clearly appears that the plaintiff has failed to plead a claim in which relief may be granted against Custom Communications, International, Inc. ("CCI") Accordingly, this Court hereby ORDERS that:

1. Count I (Fee Agreement) of the Amended Complaint is dismissed in its entirety;

2. Count III (Unjust Enrichment) of the Amended Complaint is dismissed with respect to CCI;

3. Count IV (Fraudulent Conveyance) of the Amended Complaint is dismissed with respect to CCI;

4. Count V (Money Due on Account) of the Amended Complaint is dismissed with respect to CCI; and

5. CCI is dismissed from the instant action with prejudice.

         SO ORDERED:

Dated:           _____
             HON. JAMES ROBERTSON
             UNITED STATES DISTRICT JUDGE

Case 1:07-cv-02242-JR     Document 15-2     Filed 02/22/2008     Page 2 of 2