IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP,<br>    Plaintiff<br><br>v.<br><br>ROBERT J. GEORGE, CUSTOM<br>COMMUNICATIONS INTERNATIONAL, INC.,<br>BOSTON PUBLISHING COMPANY, INC.,<br>STRATCOMM, INC., STRATEGIC<br>COMMUNICATIONS, INC., CUSTOM<br>COMMUNICATIONS, LLC<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-CV-2242-JR<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS, BOSTON PUBLISHING COMPANY, INC.'S, STRATCOMM, INC.'S, STRATEGIC COMMUNICATIONS, INC.'S, AND CUSTOM COMMUNICATIONS, LLC'S, MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendants, Boston Publishing Company, Inc., StratComm, Inc., Strategic Communications, Inc., and Custom Communications, LLC (collectively the "Defendants") hereby move this Honorable Court to Dismiss all of Cole Raywid & Braverman LLP's claims contained within the Amended Complaint against the Defendants for lack of personal jurisdiction (Counts III (Unjust Enrichment), V (Fraudulent Transfer), VI (Successor in Interest), and VII (Alter Ego)). In support of this Motion, Defendants rely on their Memorandum of Law in support of this Motion, affidavit of Robert J. George, and affidavit of Andrew E. Goloboy, Esquire.

Respectfully Submitted,

BOSTON PUBLISHING COMPANY, INC, STRATCOMM, INC., STRATEGIC COMMUNICATIONS, INC, AND CUSTOM COMMUNICATIONS LLC,

By its attorneys,

/s/ William H. Anderson
William H. Anderson, Esquire (DC Bar No. 502380)
CUNEO, GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813

/s/ Andrew E. Goloboy
RONALD W. DUNBAR, JR (*pro hac vice admitted*)
ANDREW E. GOLOBOY (*pro hac vice admitted*)
DUNBAR LAW P.C.
10 High Street, Suite 700
Boston, MA 02110
Phone: 617-244-3550
Fax: 617-244-6363

Defendants Addresses:

| | |
|---|---|
| Boston Publishing Company, Inc.<br>One Gateway Center<br>Newton, MA 02458 | StratComm Inc.<br>One Gateway Center<br>Newton, MA 02458 |
| Strategic Communications, Inc.<br>One Gateway Center<br>Newton, MA 02458 | Custom Communications, LLC<br>One Gateway Center<br>Newton, MA 02458 |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 22, 2008.

/S/ Andrew E. Goloboy
Andrew E. Goloboy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP,<br>    Plaintiff<br><br>v.<br><br>ROBERT J. GEORGE, CUSTOM<br>COMMUNICATIONS INTERNATIONAL, INC.,<br>BOSTON PUBLISHING COMPANY, INC.,<br>STRATCOMM, INC., STRATEGIC<br>COMMUNICATIONS, INC., CUSTOM<br>COMMUNICATIONS, LLC<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-CV-2242-JR<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

After a hearing, and based on specific facts shown in Defendants, Boston Publishing Company, Inc.'s, StratComm's, Inc., Strategic Communications, Inc's., and Custom Communications LLC's, (collectively the "Defendants") Motion To Dismiss for Lack of Personal Jurisdiction submitted herewith, it clearly appears that the Plaintiff has failed to establish that any of the Defendants are the alter ego of Robert George or Custom Communications International, Inc. or that any of the Defendants are the successor-in-interest of the Custom Communications International, Inc; therefore the contacts of Custom Communications International, Inc. and Robert George can not be attributed to any of the Defendants.  This Court does not have personal jurisdiction over Boston Publishing Company, Inc. StratComm, Inc., Strategic Communications, Inc., and Custom Communications LLC.  Accordingly, this Court hereby ORDERS that:

(a) Count III (Unjust Enrichment) of the Amended Complaint is dismissed with respect to Boston Publishing Company, Inc, StratComm, Inc., Strategic Communications, Inc., and Custom Communications LLC;

(b) Count V (Fraudulent Transfer) of the Amended Complaint is dismissed with respect to Boston Publishing Company, Inc, StratComm, Inc., Strategic Communications, Inc., and Custom Communications LLC;

(c) Count VI (Contract-Fee Agreement; Contract Guarantee; Unjust Enrichment; Money Due on Account (Successors in Interest)) of the Amended Complaint is dismissed in its entirety;

(d) Count VII (Contract-Fee Agreement; Contract Guarantee; Unjust Enrichment; Money Due on Account (Alter Ego)) of the Amended Complaint is dismissed in its entirety; and

(e) That Boston Publishing Company, Inc. StratComm, Inc., Strategic Communications, Inc., and Custom Communications LLC are dismissed from the instant action with prejudice.

SO ORDERED:

Dated: _____
HON. JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE