IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP,<br>  Plaintiff<br><br>v.<br><br>ROBERT J. GEORGE, CUSTOM<br>COMMUNICATIONS INTERNATIONAL, INC.,<br>BOSTON PUBLISHING COMPANY, INC.,<br>STRATCOMM, INC., STRATEGIC<br>COMMUNICATIONS, INC., CUSTOM<br>COMMUNICATIONS, LLC<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-CV-2242-JR<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ANDREW GOLOBOY, ESQUIRE AUTHENTICATING DOCUMENTS

  I, Andrew Goloboy, Esquire state the following based on my own personal knowledge. I am co-counsel to the plaintiff. Attached hereto are true and correct copies of the following documents:

  1.  Printout from Secretary of Commonwealth for Custom Communications International, Inc.("CCI").

  2.  Copy of Free Agreement between Cole Raywid & Braverman, LLP ("CRB") and CCI dated July 22, 2002.

  3.  Copy of Promissory Note dated January 22, 2003.

  4.  Copy of U.S. Small Business Administration Loan Approval dated March 2, 2002.

  5.  Printout from Secretary of Commonwealth for Custom Communications International, Inc.("CCI") dissolution.

      6.      Printout from Secretary of Commonwealth for StratComm Inc.

      7.      Printout from Secretary of Commonwealth for Strategic Communications Inc.

      8.      Printout from Secretary of Commonwealth for Boston Publishing Company Inc.

      9.      Printout from Secretary of Commonwealth for Custom Communications, LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of February 2008.

                                                        /s/ Andrew E. Goloboy
                                                  Andrew E. Goloboy



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**CUSTOM COMMUNICATIONS INTERNATIONAL, INC.** Summary Screen

Help wit

[ Request a Certificate ]

The exact name of the Domestic Profit Corporation: CUSTOM COMMUNICATIONS INTERNATIO INC.

Entity Type: Domestic Profit Corporation

Identification Number: 000749629

Old Federal Employer Identification Number (Old FEIN): 000000000

Date of Organization in Massachusetts: 04/13/2001

Date of Voluntary Dissolution: 11/13/2003

Current Fiscal Month / Day: 12 / 31                    Previous Fiscal Month / D

**The location of its principal office in Massachusetts:**
No. and Street:        57 WELLS AVE.
City or Town:          NEWTON            State: MA     Zip: 02459     Country: US

**If the business entity is organized wholly to do business outside Massachusetts, the location of that off**
No. and Street:
City or Town:                            State:        Zip:           Country:

**Name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:                            State:        Zip:           Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Ex<br>o |
|---|---|---|---|
| PRESIDENT | ROBERT J. GEORGE | 57 WELLS AVE.,<br>NEWTON, MA 02459 USA | |
| TREASURER | ROBERT J. GEORGE | | |

| | | | |
|---|---|---|---|
| SECRETARY | ROBERT J. GEORGE | 57 WELLS AVE., NEWTON, MA 02459 USA | |
| DIRECTOR | ROBERT J. GEORGE | 57 WELLS AVE., NEWTON, MA 02459 USA | |
| | | 57 WELLS AVE., NEWTON, MA 02459 USA | |

**business entity stock is publicly traded:** ___

The total number of shares and par value, if any, of each class of stock which the business entity is aut issue:

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares*   *Total Par Value* | Total Is and Outst *Num of S* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfiln | | | |

___ Consent          ___ Manufacturer      ___ Confidential Data     ___ Does Not Require Annual Rep
___ Partnership      ___ Resident Agent    ___ For Profit            ___ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

[ View Filings ]    [ New Search ]

Comments

© 2001 - 2008 Commonwealth of Massachusetts
All Rights Reserved

# COLE, RAYWID & BRAVERMAN, L.L.P.
## FEE AGREEMENT

*I.  AGREEMENT TO RETAIN CRB*: Custom Communications International, Inc. hereby employs the law firm of COLE, RAYWID & BRAVERMAN, L.L.P. ("CRB") as its attorneys at law, to represent it in connection with its defense of *The National Society of the Daughters of the American Revolution v. Custom Communications International, Ind.*, No. 02 1341 (TPJ) (D.D.C.), any counterclaims that may be asserted therein, and any matters ancillary to that representation.

*II.  FEES*: In consideration of the legal services provided by CRB, we agree to pay CRB on an hourly basis, at its then prevailing standard hourly rates, for all services rendered on our behalf.

*III.  EXPENSES*: We will be liable for all expenses reasonably incurred by CRB in representing us. These expenses may include some or all of the following: filing fees, copying charges, telephone charges, postage and delivery charges, local counsel fees, travel charges, secretarial overtime, computerized legal research, messenger fees, and other incidental expenses.

*IV.  BILLING AND PAYMENT; SERVICE CHARGE*: We understand that invoices for legal services and expenses will be rendered by CRB monthly, and that payment of such bills shall be due within thirty (30) days of receipt. We agree that a service charge of 1 percent per month may be added to all balances outstanding for more than 45 days from the date of billing. We agree that CRB may cease to perform work for us under this Agreement should our account become delinquent.

*V.  COLLECTION; ATTORNEY FEES*: Should we not promptly pay any amounts due under this Agreement, and should it become necessary for CRB to retain attorneys and/or commence an action in court to collect such sums, we agree that such suit may be brought in any of the courts in the District of Columbia, and we agree to pay all costs and attorneys fees incurred incident to such collection efforts.

*VI.  RETAINER*: We agree to pay to CRB, as a retainer, the sum of $5,000.00, which sum shall be held by CRB during the course of its work for us, and applied to payment of our final bill.

*CUSTOM COMMUNICATIONS INTERNATIONAL, INC.*

By: *[signature]*
Name: ROBERT GEORGE
Title: Pres & CEO
Dated: 7-22-02

Retainer check en route along with magazines

# PROMISSORY NOTE

WHEREAS, Cole, Raywid & Braverman, LLP. ("CRB") has provided legal services to, and incurred expenses on behalf of, Custom Communications International, Inc. ("CCI") in connection with litigation in the District of Columbia,

WHEREAS, the bills previously rendered by CRB to CCI have amounted to approximately $107,957.97, and the services provided in October, November and December 2002 have amounted to approximately $85,000.00, the latter amount of which has not yet been billed by CRB to CCI,

WHEREAS, settlement funds previously deposited in a CRB escrow account may now be disbursed by CRB due to the settlement of the CCI litigation,

NOW, THEREFORE,

1. CCI authorizes CRB to transfer $127,000.00 from its Escrow Account to its General Account in payment of that amount of billed and unbilled legal fees and expenses.

2. CCI directs CRB to wire the remaining $48,000.00 from its Escrow Account to the CCI bank account.

3. CCI promises to pay CRB the balance of all billed and unbilled legal fees and expenses owing to CRB by CCI (approximately $66,000.00) in two equal payments, the first of which shall be made within thirty (30) days from the date of this Promissory Note, and the second of which (which shall also include any trailing out-of-pocket expenses and additional legal fees incurred in connection with the completion of settlement and dismissal of the case) within sixty (60) days of the date of this Promissory Note.

4. Robert George, individually, personally guarantees the full performance of CCI in each of the respects described above.

159339_1.DOC

JAN-02-2003 THU 12:44 PM CCI COMMUNICATIONS    FAX NO. 16175590000    P. 03

Jan-02-03  11:58    From-COLE RAYWID & BRAVERMAN LLP    202 452 8067    T-778  P.003/003  F-622

5. CCI and Mr. George agree that in the event that either of them should fail to perform the obligations described above, they waive any requirement of presentment and notice, agree to a confession of judgment in the amount of any unpaid legal fees and expenses then owing to CRB together with interest on such amounts from the date of this Promissory Note, agree that CRB may bring suit in the District of Columbia (under D.C. law, but not applying any state's choice of law provisions) to enforce this Promissory Note, and agree that CCI and Mr. George, jointly and severally, shall reimburse CRB for any legal fees and expenses incurred in collecting upon this Note.

CUSTOM COMMUNICATIONS
INTERNATIONAL, INC.

By: _____
Robert George

Date: Jan 2 2003

ROBERT GEORGE

_____
Robert George

Date: Jan 2 2003

NOTARY:

Sworn to me and subscribed this 2 day of January, 2003.

_____
Notary Public

My Commission Expires:
9/1/2006

159539_1.DOC

# U. S. Small Business Administration
Disaster Assistance – Area 1
360 Rainbow Boulevard South
Niagara Falls, New York 14303-1192

March 11, 2002

Custom Communications International
57 Wells Avenue Suite 200
Newton, Massachusetts 02459

Re:   **SBA Disaster Loan No. EIDL 5149321**
      SBA Case File No. 8TMA-00067

Dear Borrower:

We are pleased to advise you that your Loan request has been approved in the amount of $442,700.00 subject to the terms and conditions of the enclosed Loan Authorization and Agreement. Please read your Authorization carefully to ensure that you completely understand the terms and conditions of your Loan.

We have enclosed your Loan documents for your signature. Carefully follow the instructions attached to the documents and return your documents as soon as possible.

In addition to disaster loan assistance, the SBA offers business management and technical assistance services through our resource partner, the Small Business Development Center (SBDC). The SBDC provides free consultation and low cost marketing plans. SBDC can also assist small businesses in developing information necessary for loan applications. For more information on these services, please contact your local SBA District Office for the location of the SBDC in your area.

**YOU MUST RETURN THE COMPLETED AUTHORIZATION AND DOCUMENTS TO THE SBA WITHIN SIXTY (60) DAYS FROM THE DATE PRINTED ON THE FIRST PAGE OF YOUR LOAN AUTHORIZATION AND AGREEMENT.**

If you have any questions, please contact the Legal Department at (716) 282-4612 or toll free (800) 659-2955, 7:00 a.m. - 4:30 p.m. EST.

Sincerely,


Anne Moran
Supervisory Loan Office

P.S. We hope this lightens your load! And we commend you for being one of the Marine reserve pilots who flew medical supplies into JFK. Happy we can help you in return.

# U. S. Small Business Administration

# DISASTER ASSISTANCE

# AREA 1

\*\*\*\*\*\*\*\*

CCI clients directly effected 11 Sept 01

Deloitte & Touche -- windows blown out, relocating, 5,000 temporally unemployed.

Goldman Sachs -- The World Trade vicinity, restricted access.

Linux Line -- Relocating.

Computer Associates -- Relocating.

Marine Corps Magazine -- Relocating from Pentagon

Examiner

FEDERAL IDENTIFICATION
NO. 04-3559585

000749629

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## ARTICLES OF DISSOLUTION
(General Laws, Chapter 156B, Section 100)

We, _____Robert J. George_____, *President / *V~~ice President~~,

and _____Robert J. George_____, *Clerk / *~~Assistant~~ Clerk,

of _____Custom Communications International, Inc._____,
(Exact name of corporation)

located at: __189 Wells Avenue   Newton, MA   02459__
(Street address of corporation in Massachusetts)

certify as follows:

1. The name and post office address of each director and officer of the corporation is:

| | NAME | POST OFFICE ADDRESS |
|---|---|---|
| President: | Robert J. George | 138 Farm Road, Sherborn, MA 01770 |
| Treasurer: | Robert J. George | 138 Farm Road, Sherborn, MA 01770 |
| Clerk: | Robert J. George | 138 Farm Road, Sherborn, MA 01770 |
| Directors: | Robert J. George | 138 Farm Road, Sherborn, MA 01770 |

3

P.C.

*Delete the inapplicable words.

AROK  4/13/2001

156bads 4/5/00

2. On December 31, 2002, the dissolution of the corporation was duly authorized in the manner required by General Laws, Chapter 156B, Section 100, and notice of the proposed dissolution was duly given to the Commissioner of Revenue as required by said section.

3. The effective date of dissolution of the corporation shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date which shall not be more than *thirty days* after the date of filing.

**4. Other provisions deemed necessary by the corporation for its dissolution.

SIGNED UNDER THE PENALTIES OF PERJURY, this 18 day of August, 2003,

_____, *President / *Vice President,

_____, *Clerk / *Assistant Clerk.

*Delete the inapplicable words.
**If there are no such provisions, state "None".
Note: Provisions for which the space provided above is not sufficient should be made on one side of separate 8 1/2 x 11 sheets of white paper, numbered 2A, 2B, etc., with a left margin of at least 1 inch.

10171

860196

THE COMMONWEALTH OF MASSACHUSETTS

## ARTICLES OF DISSOLUTION
(General Laws, Chapter 156B, Section 100)

I hereby approve the within Articles of Dissolution and, the filing fee in the amount of $ 100 having been paid, said application is deemed to have been filed with me this 3rd day of NOV , 20 03.

Effective date: ~~RECEIVED~~

NOV 13 2003

*[signature]*

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

### TO BE FILLED IN BY CORPORATION
Contact information:

Robert J. George, President

189 Wells Avenue

Newton, MA 02459

Telephone: 617-559-0081

Email: _____

A copy this filing will be available on-line at www.state.ma.us/sec/cor once the document is filed.



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**STRATCOMM, INC.** Summary Screen

Help wit

[ Request a Certificate ]

The exact name of the Domestic Profit Corporation: STRATCOMM, INC.

Entity Type: Domestic Profit Corporation

Identification Number: 000900821

Date of Organization in Massachusetts: 07/15/2005

Current Fiscal Month / Day: 12 / 31

The location of its principal office in Massachusetts:
No. and Street: ONE GATEWAY CENTER, SUITE 651
City or Town: NEWTON    State: MA    Zip: 02458    Countr

If the business entity is organized wholly to do business outside Massachusetts, the location of that off
No. and Street:
City or Town:    State:    Zip:    Country:

Name and address of the Registered Agent:
Name:    ROBERT J. GEORGE
No. and Street:    ONE GATEWAY CENTER, SUITE 651
City or Town:    NEWTON    State: MA    Zip: 02458    Countr

The officers and all of the directors of the corporation:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Ex<br>o |
|---|---|---|---|
| PRESIDENT | ROBERT J. GEORGE | ONE GATEWAY CENTER, SUITE 651<br>NEWTON, MA 02458 USA | |
| DIRECTOR | ROBERT J. GEORGE | ONE GATEWAY CENTER, SUITE 651<br>NEWTON, MA 02458 USA | |
| TREASURER | ROBERT J. GEORGE | ONE GATEWAY CENTER, SUITE 651<br>NEWTON, MA 02458 USA | |

| | | | |
|---|---|---|---|
| SECRETARY | ROBERT J. GEORGE | ONE GATEWAY CENTER, SUITE 651 NEWTON, MA 02458 USA | |

**business entity stock is publicly traded:** ___

The total number of shares and par value, if any, of each class of stock which the business entity is aut issue:

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Is and Outst |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of S* |
| CNP | $0.00000 | 100,000 | $0.00 | 0 |
| CNP | $0.00000 | 175,000 | $0.00 | 0 |

___ Consent     ___ Manufacturer     ___ Confidential Data     ___ Does Not Require Annual Re

___ Partnership     ___ Resident Agent     ___ For Profit     ___ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

[ View Filings ]  [ New Search ]

**Comments**

© 2001 - 2008 Commonwealth of Massachusetts
All Rights Reserved



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

***STRATEGIC COMMUNICATIONS, INC.*** Summary Screen

Help wit

[ Request a Certificate ]

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | STRATEGIC COMMUNICATIONS, INC. |
| Entity Type: | Domestic Profit Corporation |
| Identification Number: | 000948996 |
| Date of Organization in Massachusetts: | 04/10/2007 |
| Current Fiscal Month / Day: | 12 / 31 |

**The location of its principal office in Massachusetts:**
No. and Street: 1 GATEWAY CENTER, STE 651
City or Town: NEWTON    State: MA    Zip: 02458    Country

**If the business entity is organized wholly to do business outside Massachusetts, the location of that off**
No. and Street:
City or Town:    State:    Zip:    Country:

**Name and address of the Registered Agent:**
Name: ROBERT J. GEORGE
No. and Street: 1 GATEWAY CENTER, STE 651
City or Town: NEWTON    State: MA    Zip: 02458    Country

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Ex<br>o |
|---|---|---|---|
| PRESIDENT | ROBERT J. GEORGE | 1 GATEWAY CENTER, STE 651<br>NEWTON, MA 02458 USA | |
| TREASURER | ROBERT J. GEORGE | 1 GATEWAY CENTER, STE 651<br>NEWTON, MA 02458 USA | |
| SECRETARY | ROBERT J. GEORGE | 1 GATEWAY CENTER, STE 651<br>NEWTON, MA 02458 USA | |

| | DIRECTOR | ROBERT J. GEORGE | 1 GATEWAY CENTER, STE 651<br>NEWTON, MA 02458 USA | |

**business entity stock is publicly traded:** ___

The total number of shares and par value, if any, of each class of stock which the business entity is aut issue:

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles<br>of Organization or Amendments | | Total Is<br>and Outst |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of S* |
| CNP | $0.00000 | 275,000 | $0.00 | 0 |

___ Consent        ___ Manufacturer        ___ Confidential Data        ___ Does Not Require Annual Re|
___ Partnership    **X** Resident Agent     **X** For Profit              ___ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

[ View Filings ]    [ New Search ]

Comments

© 2001 - 2008 Commonwealth of Massachusetts
All Rights Reserved



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**BOSTON PUBLISHING COMPANY, INC.** Summary Screen

Help wit

Request a Certificate

The exact name of the Domestic Profit Corporation: BOSTON PUBLISHING COMPANY, INC.

Entity Type: Domestic Profit Corporation

Identification Number: 000948995

Date of Organization in Massachusetts: 04/10/2007

Current Fiscal Month / Day: 12 / 31

The location of its principal office in Massachusetts:
No. and Street: ONE GATEWAY CENTER, UISTE 651
City or Town: NEWTON    State: MA    Zip: 02458    Countr

If the business entity is organized wholly to do business outside Massachusetts, the location of that off
No. and Street:
City or Town:    State:    Zip:    Country:

Name and address of the Registered Agent:
Name: ROBERT J. GEORGE
No. and Street: ONE GATEWAY CENTER, SUITE 651
City or Town: NEWTON    State: MA    Zip: 02458    Countr

The officers and all of the directors of the corporation:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Ex |
|---|---|---|---|
| PRESIDENT | ROBERT J. GEORGE | ONE GATEWAY, SUITE 651<br>NEWTON, MA 02458 USA | |
| TREASURER | ROBERT J. GEORGE | ONE GATEWAY, SUITE 651<br>NEWTON, MA 02458 USA | |
| SECRETARY | ROBERT J. GEORGE | ONE GATEWAY, SUITE 651<br>NEWTON, MA 02458 USA | |

| | | |
|---|---|---|
| DIRECTOR | ROBERT J. GEORGE | ONE GATEWAY, SUITE 651<br>NEWTON, MA 02458 USA |

**business entity stock is publicly traded:** ___

**The total number of shares and par value, if any, of each class of stock which the business entity is aut issue:**

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles<br>of Organization or Amendments<br>*Num of Shares*   *Total Par Value* | Total Is<br>and Outst<br>*Num of S* |
|---|---|---|---|
| CNP | $0.00000 | 275,000                $0.00 | 0 |

___ Consent    ___ Manufacturer    ___ Confidential Data    ___ Does Not Require Annual Re

___ Partnership    **X** Resident Agent    ___ For Profit    ___ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment

[View Filings]   [New Search]

Comments

© 2001 - 2008 Commonwealth of Massachusetts
All Rights Reserved



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**CUSTOM COMMUNICATIONS, LLC** Summary Screen    Help wit

[ Request a Certificate ]

**The exact name of the Domestic Limited Liability Company (LLC):** CUSTOM COMMUNICATIONS, I

**Entity Type:** Domestic Limited Liability Company (LLC)

**Identification Number:** 000547080

**Date of Organization in Massachusetts:** 08/21/1996

**The location of its principal office:**
No. and Street: 85 WELLS AVE
City or Town: NEWTON    State: MA    Zip: 02159-0000    Country: U

**If the business entity is organized wholly to do business outside Massachusetts, the location of that off**
No. and Street:
City or Town:    State:    Zip:    Country:

**The name and address of the Resident Agent:**
Name: ROBERT J. GEORGE
No. and Street: 85 WELLS AVE
City or Town: NEWTON    State: MA    Zip: 02159-0000    Country:

**The name and business address of each manager:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Cod |
|---|---|---|
| MANAGER | ROBERT J. GEORGE | 85 WELLS AVE<br>NEWTON, MA 00000-0000 USA |

**The name and business address of the person in addition to the manager, who is authorized to execute documents to be filed with the Corporations Division.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Cod |
|---|---|---|
|  |  |  |

The name and business address of the person(s) authorized to execute, acknowledge, deliver and recor recordable instrument purporting to affect an interest in real property

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Cod |
|---|---|---|
| | | |

___ Consent         ___ Manufacturer      ___ Confidential Data    ___ Does Not Require Annual Re[port]
___ Partnership     ___ Resident Agent    ___ For Profit           ___ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Annual Report
Articles of Entity Conversion
Certificate of Amendment
Certificate of Cancellation

[View Filings]   [New Search]

**Comments**

© 2001 - 2008 Commonwealth of Massachusetts
All Rights Reserved