# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLE, RAYWID & BRAVERMAN, LLP ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-CV-2242-JR |
| v. ) | |
| ) | |
| ROBERT J. GEORGE, *et al.*, ) | |
| ) | |
| Defendants ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**

Plaintiff Cole, Raywid & Braveman, LLP hereby respectfully requests that the Court grant Plaintiff an extension of the time in which to file oppositions to the two motions to dismiss filed by Defendants on February 22, 2008 (one motion was filed by Defendant Custom Communications International, Inc.; the other was filed by all remaining defendants except Robert J. George, who has answered the complaint). Lead counsel for Plaintiff is currently in a lengthy trial in West Virginia and will be unable to turn his attention to these motions until next week. In addition, the client contact responsible for handling this matter on behalf of Plaintiff, Burt Braverman, faces multiple prior deadlines which demand his attention during the coming week. Accordingly, Plaintiff requests that the deadline, currently set for March 4, 2008, be extended to March 12, 2008. This request is not made for purposes of unwarranted delay or to prejudice any party to this proceeding.

In accordance with LCvR 7(m), undersigned counsel hereby states that he has discussed with and sent a copy of this motion to counsel for Defendants and that Defendants consent to its filing.

Dated: February 26, 2008

        Respectfully submitted,

        DAVIS WRIGHT TREMAINE LLP

            /s/ Brigham J. Bowen
        Brigham J. Bowen – D.D.C. Bar No. D00301
        Ronald G. London – Bar No. 456284
        Davis Wright Tremaine LLP
        1919 Pennsylvania Ave., N.W. Suite 200
        Washington, D.C. 20006
        (202) 973-4200

        ATTORNEYS FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COLE, RAYWID & BRAVERMAN, LLP ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT J. GEORGE, *et al.*, ) <br> ) <br> Defendants ) <br> ) | Case No. 07-CV-2242-JR |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's consent motion for an extension of time in which to file oppositions to the two motions to dismiss filed on February 22, 2008, by (1) Defendant Custom Communications International, Inc. and by (2) Defendants StratComm, Inc.; Strategic Communications, Inc.; Custom Communications, LLC; and Boston Publishing Company, Inc. Upon consideration of the motion, it is this ___ day of February, 2008, hereby

**ORDERED** that the motion is **GRANTED**. Plaintiff shall respond to Defendants' motions to dismiss on or before March 12, 2008.

_____
James Robertson
United States District Judge