UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COLE RAYWID & BRAVERMAN, LLP,  :
　　　　　　　　　　　　　　　　:
　　　　Plaintiff,              :
　　　　　　　　　　　　　　　　:
　　v.                          :  Civil Action No. 07-2242 (JR)
　　　　　　　　　　　　　　　　:
ROBERT J. GEORGE, *et al.*,     :
　　　　　　　　　　　　　　　　:
　　　　Defendants.             :

### SCHEDULING ORDER

After a scheduling conference held in chambers on March 20, 2008, it is,

**ORDERED** that the final pretrial conference is set for **May 14, 2008 at 4:30 p.m.**, and that trial will commence at **9:30 a.m. on May 22, 2008.** And it is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

　　　　　　　　　　　　　　　JAMES ROBERTSON
　　　　　　　　　　　　　United States District Judge