IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP,<br>　　Plaintiff,<br><br>v.<br><br>ROBERT J. GEORGE, CUSTOM<br>COMMUNICATIONS INTERNATIONAL, INC.,<br>BOSTON PUBLISHING COMPANY, INC.,<br>STRATCOMM, INC., STRATEGIC<br>COMMUNICATIONS, INC., CUSTOM<br>COMMUNICATIONS, LLC<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-CV-2242-JR<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDCITION**

The Defendants, Boston Publishing Company, Inc., StratComm, Inc., Strategic Communications, Inc., and Custom Communications, LLC (collectively the "Defendants") hereby give notice of the withdrawal of their motion to dismiss for lack of personal jurisdiction and consent to the personal jurisdiction of this Court with respect to claims filed against them in the instant action. The Defendants expressly retain all rights and defenses afforded to them under the Federal Rules of Civil Procedure, DC Local Rules and all federal and local laws. The reason for the withdrawal of Defendants' Motion to Dismiss is not a merit-based decision. Instead, Defendants seek to avoid the time and expense of engaging in jurisdictional discovery, particularly as a trial date of May 22, 2008 has already been scheduled.

Additionally, Custom Communications International, Inc. still maintains its Motion to Dismiss pursuant to Fed. R. Civ. P.12(b)(6) and is not withdrawing its Motion

to Dismiss or any defenses afforded to it under the Federal Rules of Civil Procedure, DC Local Rules and all federal and local laws.

Wherefore, the Defendants respectfully request that the Court remove the Defendant's Motion to Dismiss for lack of personal jurisdiction from the Docket.

Respectfully Submitted,

BOSTON PUBLISHING COMPANY, INC, STRATCOMM, INC., STRATEGIC COMMUNICATIONS, INC, AND CUSTOM COMMUNICATIONS LLC,

By its attorneys,

/s/ William H. Anderson
William H. Anderson, Esquire (DC Bar No. 502380)
CUNEO, GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813

/s/ Andrew E. Goloboy
RONALD W. DUNBAR, JR (*pro hac vice admitted*)
ANDREW E. GOLOBOY (*pro hac vice admitted*)
DUNBAR LAW P.C.
10 High Street, Suite 700
Boston, MA 02110
Phone: 617-244-3550
Fax: 617-244-6363

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 27, 2008.

/S/ Andrew E. Goloboy
Andrew E. Goloboy