**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COLE RAYWID & BRAVERMAN, LLP, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 07-2242 (JR) |
| : | |
| ROBERT J. GEORGE, *et al*., : | |
| : | |
| Defendants. : | |

### NOTICE TO COUNSEL

The Court having been advised by counsel of the settlement of this matter, counsel will **TAKE NOTICE** that, absent objection filed by 4/28/08, the case will be marked settled and dismissed, and closed, on 4/30/08.


JAMES ROBERTSON
United States District Judge