**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COLE, RAYWID & BRAVERMAN, LLP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT J. GEORGE, *et al.*, )<br>)<br>Defendants )<br>) | Case No. 07-CV-2242-JR |

**STIPULATION OF DISMISSAL**

Plaintiff Cole, Raywid & Braverman, LLP, and all Defendants, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate to the dismissal with prejudice of all claims related to this action, without costs, and that all rights of appeal are waived.

Dated: April 23, 2008

                                                Respectfully submitted,

                                                DAVIS WRIGHT TREMAINE LLP

                                                        /s/ Brigham J. Bowen
                                                Brigham J. Bowen – D.D.C. Bar No. D00301
                                                Ronald G. London – Bar No. 456284

Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W. Suite 200
Washington, D.C.  20006
(202) 973-4200

ATTORNEYS FOR PLAINTIFF

　　　　/s/ William H. Anderson
William H. Anderson, Esquire
DC Bar No. 502380
CUNEO, GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813

　　　　/s/ Andrew E. Goloboy
ANDREW E. GOLOBOY
(pro hac vice admitted)
RONALD W. DUNBAR, JR
(pro hac vice admitted)
DUNBAR LAW P.C.
10 High Street, Suite 700
Boston, MA 02110
Phone: 617-244-3550
Fax: 617-244-6363

ATTORNEYS FOR DEFENDANTS